**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARE F. NELSON,<br><br>             Plaintiff,<br><br>    vs.<br><br>BARBARA WOODFORD, et al.,<br>             Defendants.<br>_____/ | No. C 06-06485 MEJ<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE PENDING RULING ON PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS** |

The Court hereby vacates the Case Management Conference set for January 11, 2007. The Court will reschedule the Case Management Conference pending the Courts ruling on Plaintiff's application to proceed in forma pauparis.

**IT IS SO ORDERED.**

Dated: January 11, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge