1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARE NELSON,                                No. C-06-6485

        Plaintiff,                    ORDER SETTING CASE MANAGEMENT
                              CONFERENCE
  vs.

BARBARA WOODFORD et al.,

        Defendants.
_____/

      The Court hereby sets the case management conference in this matter for July 5, 2007, at

10:00 a.m., in courtroom B., 450 Golden Gate Avenue, San Francisco, California. Please Consult

Judge James' Case Management Order..

      **IT IS SO ORDERED.**

Dated: May 31, 2007
                              _____
                              MARIA-ELENA JAMES
                              United States Magistrate Judge