USM-285 is a 5-part form. Fill the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| CLARE NELSON | 06-6485 JL |
| DEFENDANT | TYPE OF PROCESS |
| BARBARA WOODFORD | Summons, Complaint, Order |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Housing Authority, Santa Cruz County
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2931 Mission, Santa Cruz, CA 95060

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Clare Nelson
1350 Irving Street, #235
Denver, CO 80204

Number of process to be served with this Form 285: 3
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
TELEPHONE NUMBER: 415-522-3080
DATE: 3/21/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 11
District to Serve No.: 11
Signature of Authorized USMS Deputy or Clerk: Hima C
Date: 3/22/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)
Date
Time [ ] am [ ] pm
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | — | — | $8.00 | 0 | $0.00 |

REMARKS: Mailed 299 on: 03/28/07
Received Acknowledgment 4/16/07

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

CLARE F. NELSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  CV 06-06485 MEJ

V.

BARBARA WOODFORD

TO:

BARBRA WOODFORD
5540 Grantway
Felton, CA 95018-9259

HOUSING AUTHORITY
Santa Cruz County
2931 Mission
Santa Cruz, CA 95060

**YOU ARE HEREBY SUMMONS** and required to serve upon PLAINTIFF'S ATTORNEY

Clare Nelson
1350 Irving Street, #235
Denver, CO 80204

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

Gloria Acevedo
(BY) DEPUTY CLERK

March 21, 2007
DATE

| **RETURN OF SERVICE** | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _See Remarks 285_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __07/13/07__
Date

_Kelly_
Signature of Server

_450 Gilpin Ave._
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**United States Department of Justice**
United States Marshals Service
Northern District of California

P.O. Box 36056
450 Golden Gate Ave.,
San Francisco, CA 94102

United States District Court
for the
Northern District of California

Civil Action File No. _____ 06-6485JL _____

| Clare Nelson | V. | Barbara Woodford. |
|---|---|---|
| Plaintiff (s) | | Defendant (s) |

NOTICE

To: _____ Barbara Woodford _____

    The enclosed summons, complaint, two copies of this document and stamped return envelope are served pursuant to Federal Rule of Civil Procedure 4(e)(1) and California Code of Civil Procedure Section 415.30. Your Failure to complete this form and return it to the sender within 20 days may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

    If you are being served on behalf of a corporation, unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return the form as requested, California Code of Civil Procedure Section 415.30 provides that this summons and other document (s) are deemed served on the date that you sign the Acknowledgment of Receipt below.

Date: _____ March 28, 2007 _____    _____ R. Wong #61 _____
(Signature of Sender)

ACKNOWLEDGMENT OF RECEIPT

(To be completed by recipient before mailing.) This acknowledges receipt of a copy of the summons and of the complaint at **5540 GRANT WAY, FELTON CA** / **CURRENT MAILING ADDRESS PO BOX 1562 MOUNTAIN VIEW CA 95042**
(Please insert address)

Date of receipt: **4-7-07**

_____ Barbara G. Woodford _____
(Signature of person acknowledging receipt, with title if acknowledgment is made on behalf of another person)

Date this form is signed: **4-9-07**

**BARBARA E WOODFORD**
(Type or print your name and name of entity, if any, on whose behalf this form is signed)

Please complete and return both copies of this form in the envelope provided.    Form N/CA USM-299 (5/97)