IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARE F.NELSON, | No. C-06-6485 MEJ |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO LIMIT COMMUNICATION WITH THE COURT TO WRITTEN, FILED DOCUMENTS** |
| vs. | |
| BARBARA WOODFORD, et al., | |
| Defendants. | |

In spite of the fact that the Court has been extremely patient with the Plaintiff, and has at all times endeavored to answer her questions and administer to her concerns, the Plaintiff has on numerous occasions called the Court and the Clerk's office to berate the employees of this Court. The Court recognizes that the Plaintiff is in pro se and is concerned with the outcome of her case. The Court is also aware that a pro se plaintiff often has questions about what happens next in the prosecution of her case, or what her next course of action should be. But there is a line between respectful queries on the one hand, and badgering and harassment on the other. With the Plaintiff's constant phone calls, and with the tone and content of those calls, she has crossed that line. The Court, in the interest of justice, must therefore take the appropriate action. Therefore, the Court hereby ORDERS that the Plaintiff refrain from calling the chambers of this court and the clerk's office regarding this matter. It is further ORDERED that any requests or motions that the Plaintiff has be **filed** with the Clerk's office, **in writing.** All correspondence with this Court shall be done **in**

**writing** and filed with the Clerk's office.

**IT IS SO ORDERED.**

Dated: October 4, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge