# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE NELSON,<br><br>        Plaintiff (s)<br>    v.<br><br>BARBARA WOODFORD, et al.,<br><br>        Defendant (s) | CASE NO. C-06-6485 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  _X_  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  _____  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  _____  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: January 8, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk

```
 1  UNITED STATES DISTRICT COURT
    FOR THE
 2  NORTHERN DISTRICT OF CALIFORNIA
 3
    CLARE F. NELSON,
 4                                              Case Number: CV06-06485 MEJ
              Plaintiff,
 5                                              CERTIFICATE OF SERVICE
        v.
 6
    BARBRA WOODFORD et al,
 7
              Defendant.
 8  _____/
 9
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court,
10  Northern District of California.

11  That on January 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies)
    in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the
12  U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
13
14
    Barbara Woodford
15  P.O. Box 1562
    Mountian View, CA 95042
16
    Clare Nelson
17  3318 Marion Street
    Denver, CO 80205
18
    Dated: January 8, 2008
19                                              Richard W. Wieking, Clerk
                                                By: Brenda Tolbert, Deputy Clerk
20
```