**E-filed 1/28/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

CLARE NELSON,

      No. C-06-6485-JF

    Plaintiff,

    v.            Clerks's Notice

BARBARA WOODFORD, et al.,

    Defendant.

_____

To: All Counsel and Parties in the above named action.

The Court has scheduled a Management Conference in this matter
for Friday, February 28, 2008 at 10:30 AM.    The parties may
appear by telephone by contacting Court Call at 866-582-6878 in
advance of the hearing.

Please to report to Courtroom 3, on the 5th floor, United States
District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 1/28/08          For the Court,
                       Richard W. Wieking, Clerk

                       Diana Munz
                       electronic signature
                       Courtroom Deputy