OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
1301 CLAY ST., SUITE 400S
OAKLAND, CA 94612-5212

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

**FILED**

JAN 24 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

9404245156620000026

NIXIE      941 DE 1      00 01/21/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 94812521299      *2605-03083-16-41



US POSTAGE $00.41°
PITNEY BOWES
02 1A
0004333787
MAILED FROM ZIPCODE 94612
JAN 16 2008

Barbara Woodford
P.O. Box 1562
Mountian View, CA 95042

CV06-06485 CW

ORIGINAL FILED

JAN 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CLARE NELSON,

    Plaintiff,

v.

BARBARA WOODFORD et al.,

    Defendants.
_____/

No. C 06-06485 CW

**ORDER OF TRANSFER**

On October 17, 2006, Plaintiff filed the above-captioned action.  Pursuant to Civil Local Rule 3-2(c) and (e):

> **"Assignment to a Division.** Pursuant to the Court's Assignment Plan, except for Intellectual Property Actions, Securities Class Actions and Capital and Noncapital Prisoner Petitions or Prisoner Civil Rights Actions, upon initial filing, all civil actions and proceedings for which this district is the proper venue shall be assigned by the Clerk to a Courthouse serving the county in which the action arises.  A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is located.  Actions in the excepted categories shall be assigned on a district-wide basis."
>
> **"San Jose.** Except as provided in Civil L.R. 3-2(c), all civil actions which arise in the counties of Santa Clara, Santa Cruz, San Benito or Monterey shall be assigned to the San Jose Division."

The events in this action occurred in Santa Cruz County. Accordingly,

IT IS HEREBY ORDERED that pursuant to Civil Local Rule 3-2(f) this action is transferred to the San Jose Division and shall be subject to the provisions of the Court's Assignment Plan.

Dated: 1/16/08



CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NELSON et al,

    Plaintiff,

v.

WOODFORD et al,

    Defendant.

Case Number: CV06-06485 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 16, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Woodford
P.O. Box 1562
Mountian View, CA 95042

Clare Nelson
3318 Marion Street
Denver, CO 80205

Dated: January 16, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk