UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612



FILED 2008

2008 FEB 19 A 10: 57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

Honorable Jeremy Fogel Chambers

Dear Sir,

My case CV06-06485 was transferred from Honorable Maria-Elena James at U.S. District Court Northern District, 450 Golden Gate Ave, 16th floor, San Francisco, CA, 90104- 3483. My lawsuit was reassigned to your court. I, Clare Nelson am requesting a phone appearance for the case management conference on February 28, 2008 at 10:30 A.M. at the U.S. District Courthouse at 280 South First Street, San Jose, CA, 95113. I am sending three copies: the first is an acknowledged receipt of summons for the Santa Cruz County Housing Authority at 2931 Mission, Santa Cruz, CA, 95060. The second is Barbara Woodford's Answer. Her name is also on the summons which means that they were both served. The number of the complaint is 066485-MEJ.

I would like to file a default against Section 8 Housing Authority because they have yet to answer the summons and by being a government agency they had 60 days. I would also like to file a default against Barbara Woodford if she and Section 8 do not appear for the Case Management Conference 280 South First Street. It is not my responsibility to keep up with where Ms. Woodford resides. She was served. They have the responsibility to appear.

The reason that I am not able to appear at this time since it is a preliminary hearing is because I have a dual disability, I am on a fixed income, and it would be a tremendous hardship for me to get to San Jose and back at this time. So I am again asking for a phone appearance. Please reply in writing or over the phone. My phone number is (720) 422-1601. Thank you very much.

Sincerely,

Clare F. Nelson

Clare F. Nelson

United States Marshals Service | See Instructions for Service of Process...

| | |
|---|---|
| PLAINTIFF<br>CLARE NELSON | COURT CASE NUMBER<br>06-6485 MEJ |
| DEFENDANT<br>BARBARA WOODFORD | TYPE OF PROCESS<br>Summons Complaint Order |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

HOUSING AUTHORITY, SANTA CRUZ COUNTY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

2931 Mission, Santa Cruz, CA 95060

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clare Nelson
1350 Irving Street, #235
Denver, CO 80204

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT

TELEPHONE NUMBER: 415-522-3080

DATE: 8/3/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 1
District of Origin No. 11
District to Serve No. 11
Signature of Authorized USMS Deputy or Clerk
Date: 8/16/07

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date | Time | [ ] am [ ] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 8/16/07 - Mailed cert/Return Receipt
8-20-07 - Acknowledged Receipt of Summons

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

Name and Address BARBARA E. WOODFORD
P.O. BOX 1562
MOUNTIAN VIEW 95042

FILED
07 APR 23 PM 3:35

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLARE F. NELSON
Plaintiff/Petitioner

vs.

BARBARA E WOODFORD
Defendant/Respondent

Case No. C06-6485 MEJ

Document Name:
ANSWER TO COMPLAINT

ANSWER TO COMPLAINT OF CLARE F. NELSON:
I BARBARA E WOODFORD DENY THE ALLEGATION OF I. ILLEGALLY EVICTING CLARE NELSON. HER PORTION OF HUD RENT WAS DUE MARCH 1, 2006. AFTER 5 DAYS OF NOT HEARING FROM HER, I FILED A NOTICE TO PAY RENT OR QUIT. 3 DAYS WERE GIVEN TO ARRANGE FOR PAYMENT. SHE DID NOT RESPOND. PROPER PROCEDURES WERE FOLLOWED AND A COURT DATE SET, JUDGE WAITED 1½ HOURS FOR HER TO APPEAR, SHE DID NOT APPEAR - JUDGEMENT WAS IN MY FAVOR.

II THE APARTMENT SHE LIVED IN WAS APPROVED BY HUD AND INSPECTED

ANNUALLY. I HAD NO SERIOUS PROBLEMS WITH ANYONE. ②

ON MARCH 22ND, 2006 (AFTER EVICTION PROCESS OF CLARE NELSON) I RECEIVED A NOTICE FROM SANTA CRUZ COUNTY OF ALLEGED VIOLATIONS. I RESPONDED PROMPTLY TO COMPLAINT AND COOPERATED WITH BUILDING DEPARTMENT. I WAS GIVEN A WINDOW OF TIME TO RECTIFY THE SITUATION, WHICH I DO, CLARE WAS ALREADY IN THE EVICTION PROCESS AND I ANTICIPATED HER VACATING THE PREMISE AFTER THE COURT DATE.

Ⅶ I WAS CALLED BACK EARLY FROM A WEEKEND TRIP ON FEB 4, 2006. MY BROTHER WAS HAVING A DIFFICULT TIME WITH CLARE NELSON. HE CALLED TO INFORM ME THAT SHE HAD BEEN DRINKING AND WAS IRRITATED BECAUSE HE KEPT DROPPING HIS CANE. HE DID NOT WANT TO STAY AND WATCH THE HOUSE ANY MORE, BECAUSE CLARE WAS BEING LOUD AND MEAN. WHEN I CAME HOME FOLLOWING DAY CLARE WAS TESTY AND I OBSERVED HER SPITTING ON THE GROUND IN FRONT OF MY BROTHER. I TOLD HIM TO IGNORE HER BEHAVIOR. A FEW DAYS LATER HE WAS SERVED A RESTRAINING ORDER. HE WENT TO COURT AS REQUESTED SO DID CLARES LAWYER, BUT SHE DID

NOT. THE CASE WAS DISOLVED/DISMISSED.

ON ~~FRIDAY~~ THURSDAY, APRIL 19, 2007 A ~~LAWYER~~ FROM THE LAWYERS REFERAL SERVICE CALLED CLAIR ON MY BEHALF TO SEE WHAT COULD BE DONE TO RESOLVE ~~# THE~~ THE ISSUES. SHE DID NOT RESPOND IN A WAY THAT WOULD BE ~~~~ HELPFUL. AND DID NOT PROVIDE ANY ALTERNATIVES TO THE COURT PROCESS.

ORIGINAL
FILED

MAY 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARE NELSON,<br><br>    Plaintiff,<br><br>vs.<br><br>BARBARA WOODFORD et al.,<br><br>    Defendant. | No. C-06-6485<br><br>ORDER SETTING CASE MANAGEMENT CONFERENCE |

The Court hereby sets the case management conference in this matter for July 5, 2007, at 10:00 a.m., in courtroom B, 450 Golden Gate Avenue, San Francisco, California. Please consult Judge James' Case Management Standing Order..

**IT IS SO ORDERED.**

Dated: May 29, 2007

MARIA-ELENA JAMES
United States Magistrate Judge

FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CLARE F. NELSON,

        Plaintiff,

v.

BARBRA WOODFORD et al,

        Defendant.

Case Number: CV06-06485 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Barbara Woodford
P.O. Box 1562
Mountian View, CA 95042

Clare Nelson
1350 Irving Street, #235
Denver, CO 80204

Dated: May 29, 2007

                                        Richard W. Wieking, Clerk
                                        By: Emma, Deputy Clerk