UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, February 29, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        **CLARE NELSON V. BARBARA WOODFORD, ET AL**

**PLAINTIFF**                                        **DEFENDANT**

**Attorneys Present:** Clare Nelson, pro se        **Attorneys Present:**

---

PROCEEDINGS:

Case management conference held. Plaintiff is present. Continued to 4/11/08 at 10:30 a.m. for further case management conference.