**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

March 13, 2008

RE:  CV 06-06485 JF          NELSON-v- WOODFORD ET AL

Default is entered as to Section 8 Housing Authority on 3/4/2008.

RICHARD W. WIEKING, Clerk

by Gordana Macic
Case Systems Administrator

NDC TR-4  Rev. 3/89

UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

FILED 2008

2008 FEB 19 A 10: 57

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S. J.

Honorable Jeremy Fogel Chambers

Dear Sir,

My case CV06-06485 was transferred from Honorable Maria-Elena James at U.S. District Court Northern District, 450 Golden Gate Ave, 16th floor, San Francisco, CA, 90104- 3483. My lawsuit was reassigned to your court. I, Clare Nelson am requesting a phone appearance for the case management conference on February 28, 2008 at 10:30 A.M. at the U.S. District Courthouse at 280 South First Street, San Jose, CA, 95113. I am sending three copies: the first is an acknowledged receipt of summons for the Santa Cruz County Housing Authority at 2931 Mission, Santa Cruz, CA, 95060. The second is Barbara Woodford's Answer. Her name is also on the summons which means that they were both served. The number of the complaint is 066485-MEJ.

I would like to file a default against Section 8 Housing Authority because they have yet to answer the summons and by being a government agency they had 60 days. I would also like to file a default against Barbara Woodford if she and Section 8 do not appear for the Case Management Conference 280 South First Street. It is not my responsibility to keep up with where Ms. Woodford resides. She was served. They have the responsibility to appear.

The reason that I am not able to appear at this time since it is a preliminary hearing is because I have a dual disability, I am on a fixed income, and it would be a tremendous hardship for me to get to San Jose and back at this time. So I am again asking for a phone appearance. Please reply in writing or over the phone. My phone number is (720) 422-1601. Thank you very much.

Sincerely,

Clare F. Nelson

Clare F. Nelson

DEFAULT ENTERED
3/4/08
RICHARD W. WIEKING, CLERK

By_____
Deputy Clerk