Case 5:06-cv-06485-JF    Document 38    Filed 03/17/2008    Page 1 of 1



**Filed**

MAR 17 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Barbara Woodford
5540 Grantway
Felton, CA 95018-9259

FORWARD TIME EXP RTN TO SEND
WOODFORD*BARBARA
3240 WHITE LAKE PKWY
RENO NV 89506-6481

RETURN TO SENDER

DISTRICT COURT
OGEL, PRESIDING
O. 3 - 5TH FLOOR

MINUTES

uary 29, 2008

C06-6485- JF

ARA WOODFORD, ET AL

DEFENDANT

Attorneys Present:

ield. Plaintiff is present. Continued to
management conference.