April 4, 2008

United States District Court
Northern District Of California
1301 Clay Street
Okland, Ca. 94612

Filed
APR 0 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

To: Honorable Jeremy Fogel
Re: CV 06-06485 JF

Dear Sir

I received a letter from Mr. Jason Heath, Assistant County Counsel of Santa Cruz CA, in regards to the default that I have against Section 8 Housing Authority. Mr. Heath requested if I could vacate the default, so his client Section 8 Housing Authority would be able to file a responsive pleading. I'm not a difficult person; I try to be a fair but this complaint against Section 8 Housing Authority as far as I'm concerned as is standing that is my position, the default stands and will not vacate!

I also received a motion to dismiss the case on grounds it doses not that set forth facts that are not sufficient. I think that Mr. Heath should look at the case more closely. The statement is false. My case has a very strong legal premise that is based on facts and evidence. I would like to proceed with this lawsuit and I do not want this case dismissed. I'm asking the court to grant me a continuance to June 14, 2008. I'm looking forward to hearing from the court in regards to the continuance, the motion to dismiss, and the default. I'm in the process of moving and I will be in touch with Cordonna, in the Clerk's office.

With Respect and Gratitude

*Clare F Nelson*

Clare F. Nelson

PS: In Reference to Mr. Heath's legal maneuvering, he failed to be forthcoming in accepting the facts that Section 8 Housing Authority made neglectful mistakes and is trying to use his legal jargon. The motion to dismiss it is not consistently factual. Under rule of civil procedure as far as claims and torts are concerned, I'm not held to the same standard as a person trained in law. This complaint is not vague and not frivolous or general. I was deeply affected by the lack of professionalism and the lack of interest for the recipients, such as myself, by Section 8 Housing Authority. If this case is allowed to go forward, I will prove my claim in District Court.