UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, April 11, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:   CLARE NELSON V. BARBARA WOODFORD, ET AL

PLAINTIFF                       DEFENDANT

Attorneys Present:              Attorneys Present: Jessica Espinoza for Housing Authority

PROCEEDINGS:
Further case management conference held. Counsel for defendant is present. The Court grants plaintiff's request to continue the case management conference and continues the hearing to 5/2/08 at 9:00 a.m., to be heard with the motion to dismiss. The motion remains set for hearing on 5/2/08 at 9:00 a.m.