April 22, 2008

**FILED**

United States District Court
Northern District Of California
1301 Clay Street
Oakland, CA 94612

2008 APR 28 P 3 33

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

To:  Honorable Jeremy Fogel
Re:  CV 06-06485 JF

Dear Judge Fogel:

    In my letter dated April 4, 2008, I asked for a continuance until June 14, 2008. You responded (CV 06-06485 JF, Document 42) with a continuance for May 2, 2008. I have very good reasons for my request for a continuance to June 14, 2008. First of all, I wrote about the fact that I am in the process of moving. I am on a fixed income as it is, and now I have to pay the rent for my current residence, rent to the place I am moving, and moving costs, including truck rental and an hourly wage for labor. Because of this expense, I had to let my cell phone go for now, thus it has been very difficult for me to call the court of San Jose, CA, and be able to contact Deputy Clerks Ms. Munz or Ms. Cordonna.

    I am only asking for the extension of this continuance because of these emergency circumstances. I will not be able to be physically present at the Case Management Conference on May 2, 2008 at 9:00am for the motion to dismiss. My monthly income is less than $1,000 per month to cover my essential basic needs. My priority is to have a place to live. I believe this court is not taking my circumstances into consideration. I am on a fixed income. I have a dual disability. I am not trained in law.

    The only thing that has kept this lawsuit alive is my raw determination, which is fueled by my pain and rage. Our forefathers made it possible for the average American to have a chance for justice. I'm an American, but I am challenged, which makes it even more difficult. I beg the question: is justice only for the rich, the privileged, or the connected, to be treated with consideration and respect? That was not the intention of our forefathers, who wanted fairness for everyone, regardless of race, class, economic status, etc.

    All I am asking for is more time to relocate and settle into my new residence, so I can have a chance to think, because law takes concise thought. I am not asking for special treatment, only consideration of my circumstances. Because of what I have been through pertaining to this lawsuit, I had to do something, and through the grace of God, and my determination, two years later, I am still standing. I am still in this fight, so give me a fighting chance.

With Respect and Gratitude,

*Clare F. Nelson*

Clare F. Nelson

P.S. If it is at all humanly possible, I will get my cell phone back on and I will try to set up a phone appearance for May 2, 2008 at 9:00am (PT). I will try to reach Ms. Munz or Ms. Cordonna on or before May 1, 2008. Whether or not I am able to reach them, would you please extend my continuance to June 14, 2008. Please reply immediately to this letter.