**UNITED STATES DISTRICT COURT**
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Law and Motion Hearing, May 2, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        **CLARE NELSON V. BARBARA WOODFORD, ET AL**

**PLAINTIFF**                                              **DEFENDANT**

Attorneys Present:                    Attorneys Present: Jason Heath for Housing Authority

---

PROCEEDINGS:

    Hearing on Motion to Dismiss held. Counsel for defendant is present. The motion is granted with leave to amend. Plaintiff's request to continue the hearing is denied. The Court shall issue a written ruling.