UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, July 18, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:        **CLARE NELSON V. BARBARA WOODFORD, ET AL**

**PLAINTIFF**                                      **DEFENDANT**

Attorneys Present:  Clare Nelson, Pro se        Attorneys Present: Jessica Espinoza for Housing Authority

---

PROCEEDINGS:

Further case management conference held. Parties are present. Continue to 8/15/08 at 10:30 a.m. for further case management conference. The Court extends plaintiff's time to file an amended complaint to 8/8/08.