June 17, 2008

United States District Court
Northern District Of California
1301 Clay Street
Oakland, CA 94612

To:  Honorable Jeremy Fogel
Re:  CV 06-06485 JF

**Filed**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Dear Judge Fogel:

My address has changed to:

1720 E. 36th Ave.
Denver, CO 80205

This is a temporary address. I will be moving from this address in a very short time. But at present, you can reach me at this address. My cell phone number is 720-434-6145.

Sincerely,

Clare F. Nelson