**Name and Address:**
Clare F. Nelson
1720 E. 36th Ave.
Denver, CO 80205

**Filed**

JUL 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Clare F. Nelson
1720 E. 36th Ave.
Denver, CO 80205
Plaintiff/Petitioner
vs.
Barbara Woodford
5540 Grantway
Felton, CA 95018
Housing Authority
Santa Cruz, CA
Defendant/Respondent

**Case No. C 06 6485**

**Document Name:** Leave to Amend

    I, Clare Nelson, lived at 5540 Grantway, Felton, CA, 95018. I rented a small apartment from Barbara Woodford, the owner. During the time I rented from Ms. Woodford, I became aware that the apartment that I was renting at 5540 Grantway was illegal and also substandard. Ms. Woodford built a small apartment that I was renting out of a crawlspace under her house. There was no window in the bedroom and when you stood in the back bedroom your head would hit the ceiling, and I am 5'6 1/2" tall. While I was living at Ms. Woodford's, I was harassed and victimized with racial slurs and threats from her brother, Steve Woodford. Barbara Woodford committed fraud, under the law, the intentional use of deceit. I, as a party who has lost something due to fraud, am entitled to file a lawsuit for damages against the party acting fraudulently. Inherent in fraud is an unjust advantage over another which injures that person or entity. Ms. Woodford knew I was economically challenged and disabled, and she took advantage of the situation by not revealing that she not only could not get a permit, but she knew that she would be denied because she did not have enough acreage. Thus, Ms. Woodford accepted government funding under false pretenses (misrepresentation). Ms. Woodford was not supposed to even build the partials. One was a shed converted into a studio and the other was a crawlspace converted into a one bedroom apartment. I believe it was intention to deceive, and I was taken advantage of and was abused by her and her brother. Ms. Woodford was also misleading Section 8 Housing Authority into believing that she was a legitimate landlady, in order to abstract money for rent under false pretenses. Therefore, I believe Ms. Woodford totally and recklessly discarded the law.
    Also, there was a violation of the Section 8 Health and Safety Code. Ms. Woodford did not have a permit to rent, but she had the apartment I was renting approved under false pretenses. My civil rights were violated and there were times that I emotionally broke down because of the

   I feel that Housing Authority has responsibility because they approved the inspection and accepted that she was a legitimate landlady with all the credentials that were needed in order to rent her apartments. They did not question or request proof of permit or any other credentials. They assumed, I believe, that she was legitimate, which shows exemplary neglect on the part of Section 8 Housing Authority. 701 Ocean St., Suite 400, Santa Cruz, CA, 95060, telephone number 831-454-2580, is the Department of Planning and Code Enforcement. The Code Enforcement Officer came out and investigated the complaint that I made and Ms. Woodford was red-tagged. She was not allowed to rent the partials on her property and she had to evacuate any tenant that resided in these partials. Section 8 would have *only* had to make *a phone call*, in order to see if she had a permit. They did not call or make any attempt to check her credentials.

   If Section 8 Housing Authority would have made a simple call, I would not have rented from Ms. Woodford, and I would not have had to endure the abuse, torment, and racial slurs from her and her brother. The inspector for Section 8, Jim Gomes, was extremely neglectful in approving an illegal dwelling. As a result, I suffered emotional abuse and I have a mental disability, so that made it even more difficult.

   I believe that Section 8 Housing Authority and Barbara Woodford are liable for pain and suffering and loss of property. I am trying to get an attorney that practices law in California, which is difficult as I presently live in Colorado. I did have to obtain a restraining order against Steve Woodford. The Agency that assisted me was Legal Aid, and it was a permanent restraining order, and the police were called several times, which is documented.

   Last but not least, I did try to fight the eviction, but they had changed the courtroom three times and I was not notified. Therefore, I was there but in the wrong courtroom, and I have a witness to that effect – Maya Nordberg, Attorney-At-Law, 831-429-1311. Judgment went to Woodford for non-appearance. I believe that Woodford encouraged her brother to abuse and harass me because she did not want to pay relocation fees. I don't believe that Section 8 has total immunity in this lawsuit. I beg the question, "Why are they ignoring their responsibility and not being forthcoming in what happened to me because of their neglect?" The premise for my argument here is that the responsibility lies not with me as a tenant but with Barbara Woodford and Section 8 Housing Authority. I upheld my responsibility for two and a half years without missing one month in paying my rent. I believe that Barbara Woodford and also Section 8 Housing Authority should be held accountable for the abuse and neglect that I suffered.

**Copies of Order served to:**
Jason M. Heath - State Bar Number 180510
The County Counsel of the County of Santa-Cruz
701 Ocean Street Rm. 505
Santa-Cruz, CA 95060

Barbara Woodford
5540 Grantway
Felton, CA 95018

Honorable Jeremy Fogel
United States District Court
Northern District Of California
1301 Clay Street
Oakland, CA 94612

I Clare Nelson is Requesting Phone Appearence July 18 10.AM

Thank you

Clare Nelson

RECEIVED
JUL 21 2008
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE