UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5ᵀᴴ FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        CLARE NELSON V. BARBARA WOODFORD, ET AL

PLAINTIFF                                  DEFENDANT

Attorneys Present: Clare Nelson, Pro se      Attorneys Present: Jessica Espinoza for Housing Authority

PROCEEDINGS:
Further case management conference held. Parties are present. The case remains set for motion hearing on 10/10/08. Plaintiff shall file opposition to the motion by 9/19/08.