

# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

### CIVIL MINUTES

**Court Proceedings:** Further Case Management Conference, August 15, 2008
**Case Number:** CV-06-6485-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:      CLARE NELSON V. BARBARA WOODFORD, ET AL

           PLAINTIFF                          DEFENDANT

Attorneys Present: Clare Nelson, Pro se      Attorneys Present: Jessica Espinoza for Housing Authority

---

**PROCEEDINGS:**
Further case management conference held. Parties are present. The case remains set for motion hearing on 10/10/08. Plaintiff shall file opposition to the motion by 9/19/08.