\*\*E-filed 5/11/09\*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| CLARE F. NELSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BARBARA WOODFORD, et al.,<br><br>        Defendants. | Case Number C 06-6485 JF (RS)<br><br>ORDER[1] RE PLAINTIFF'S CORRESPONDENCE DATED MARCH 15, 2009 AND FILED APRIL 6, 2009<br><br>[re: docket no. 60] |

    On October 10, 2008, the Court conditionally dismissed this action for lack of subject matter jurisdiction, but stated that it would reopen the case if Plaintiff filed an amended complaint alleging a viable federal claim within thirty days of the order of dismissal. Plaintiff did not file an amended complaint within the time provided, and still has not done so. On April 3, 2009, the Court received correspondence from Plaintiff, which was filed on April 6, 2009. Plaintiff requests reconsideration of the dismissal of her case, asserting that she was unable to file an amended complaint within the time provided because she had a major surgery and because of other associated problems. While it is sympathetic to Plaintiff's medical difficulties, the Court

---

[1] This disposition is not designated for publication in the official reports.

1  remains convinced that it lacks subject matter jurisdiction over Plaintiff's claims, and Plaintiff
2  offers no factual or legal bases for concluding otherwise. Accordingly, Plaintiff's request for
3  reconsideration is DENIED.

5  DATED: 5/11/09

   _____
   JEREMY FOGEL
   United States District Judge

Case No. C 06-6485 JF (RS)
ORDER RE PLAINTIFF'S CORRESPONDENCE
(JFLC2)

Copies of Order served on:

Jason Michael Heath     Jason.Heath@co.santa-cruz.ca.us, csl026@co.santa-cruz.ca.us

Barbara Woodford
5540 Grantway
Felton, CA 95018-9259

Clare Nelson
1720 E. 36th Avenue
Denver, CO 80205

Case No. C 06-6485 JF (RS)
ORDER RE PLAINTIFF'S CORRESPONDENCE
(JFLC2)